**Request for Admission No. 96:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in as Exhibit 26 (MPRP067372).

**Response:**

**Request for Admission No. 97:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 26 (MPRP067372).

**Response:**

**Request for Admission No. 98:** Admit that the area depicted in Exhibit 26 (MPRP067372) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 99:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 27 (MPRP067343).

**Response:**

**Request for Admission No. 100:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 27 (MPRP067343).

**Response:**

**Request for Admission No. 101:** Admit that the area depicted in Exhibit 27 (MPRP067343) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 102:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 28 (MPRP067339).

**Response:**

**Request for Admission No. 103:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 28 (MPRP067339).

**Response:**

**Request for Admission No. 104:** Admit that the area depicted in Exhibit 28 (MPRP067339) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 105:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 29 (MPRP067236).

**Response:**

**Request for Admission No. 106:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 29 (MPRP067236).

**Response:**

**Request for Admission No. 107:** Admit that the area depicted in Exhibit 29 (MPRP067236) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 108:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 30 (MPRP067237).

**Response:**

**Request for Admission No. 109:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 30 (MPRP067237).

**Response:**

**Request for Admission No. 110:** Admit that the area depicted in Exhibit 30 (MPRP067237) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 111:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 31 (MPRP067238).

**Response:**

**Request for Admission No. 112:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 31 (MPRP067238).

**Response:**

**Request for Admission No. 113:** Admit that the area depicted in Exhibit 31 (MPRP067238) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 114:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 32 (MPRP067225).

**Response:**

**Request for Admission No. 115:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 32 (MPRP067225).

**Response:**

**Request for Admission No. 116:** Admit that the area depicted in Exhibit 32 (MPRP067225) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 117:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 33 (MPRP067226).

**Response:**

**Request for Admission No. 118:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 33 (MPRP067226).

**Response:**

**Request for Admission No. 119:** Admit that the area depicted in Exhibit 33 (MPRP067226) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 120:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 34 (MPRP067308).

**Response:**

**Request for Admission No. 121:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 34 (MPRP067308).

**Response:**

**Request for Admission No. 122:** Admit that the area depicted in Exhibit 34 (MPRP067308) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 123:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 35 (MPRP067307).

**Response:**

**Request for Admission No. 124:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 35 (MPRP067307).

**Response:**

**Request for Admission No. 125:** Admit that the area depicted in Exhibit 35 (MPRP067307) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 126:** Admit that movement of the grade beam at the Leased Premises contributed to exterior wall cracks.

**Response:**

**Request for Admission No. 127:** Admit that slab movement at the Leased Premises contributed to exterior wall cracks.

**Response:**

**Request for Admission No. 128:** Admit that movement of the grade beam at the Leased Premises contributed to exterior wall movement.

**Response:**

**Request for Admission No. 129:** Admit that slab movement at the Leased Premises contributed to exterior wall movement.

**Response:**

**Request for Admission No. 130:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 36 (MPRP067348).

**Response:**

**Request for Admission No. 131:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 36 (MPRP067348).

**Response:**

**Request for Admission No. 132:** Admit that the area depicted in Exhibit 36 (MPRP067348) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 133:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 37 (MPRP067346).

**Response:**

**Request for Admission No. 134:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 37 (MPRP067346).

**Response:**

**Request for Admission No. 135:** Admit that the area depicted in Exhibit 37 (MPRP067346) was affected by shifting foundation at the Leased Premises.

---

__Response:__

__Request for Admission No. 136:__ Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 38 (MPRP067347).

__Response:__

__Request for Admission No. 137:__ Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 38 (MPRP067347).

__Response:__

__Request for Admission No. 138:__ Admit that the area depicted in Exhibit 38 (MPRP067347) was affected by shifting foundation at the Leased Premises.

__Response:__

__Request for Admission No. 139:__ Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 39 (MPRP067349).

__Response:__

__Request for Admission No. 140:__ Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 39 (MPRP067349).

__Response:__

__Request for Admission No. 141:__ Admit that the area depicted in Exhibit 39 (MPRP067349) was affected by shifting foundation at the Leased Premises.

__Response:__

__Request for Admission No. 142:__ Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 40 (MPRP067366).

__Response:__

__Request for Admission No. 143:__ Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 40 (MPRP067366).

__Response:__

__Request for Admission No. 144:__ Admit that the area depicted in Exhibit 40 (MPRP067366) was affected by shifting foundation at the Leased Premises.

__Response:__

**Request for Admission No. 145:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 41 (MPRP067365).

**Response:**

**Request for Admission No. 146:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 41 (MPRP067365).

**Response:**

**Request for Admission No. 147:** Admit that the area depicted in Exhibit 41 (MPRP067365) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 148:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 42 (MPRP067368).

**Response:**

**Request for Admission No. 149:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 42 (MPRP067368).

**Response:**

**Request for Admission No. 150:** Admit that the area depicted in Exhibit 42 (MPRP067368) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 151:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 43 (MPRP067367).

**Response:**

**Request for Admission No. 152:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 43 (MPRP067367).

**Response:**

**Request for Admission No. 153:** Admit that the area depicted in Exhibit 43 (MPRP067367) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 154:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 44 (MPRP067354).

**Response:**

**Request for Admission No. 155:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 44 (MPRP067354).

**Response:**

**Request for Admission No. 156:** Admit that the area depicted in Exhibit 44 (MPRP067354) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 157:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 45 (MPRP067353).

**Response:**

**Request for Admission No. 158:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 45 (MPRP067353).

**Response:**

**Request for Admission No. 159:** Admit that the area depicted in Exhibit 45 (MPRP067353) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 160:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 46 (MPRP067355).

**Response:**

**Request for Admission No. 161:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 46 (MPRP067355).

**Response:**

**Request for Admission No. 162:** Admit that the area depicted in Exhibit 46 (MPRP067355) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 163:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 47 (MPRP067363).

**Response:**

**Request for Admission No. 164:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 47 (MPRP 067363).

**Response:**

---

**Request for Admission No. 165:** Admit that the area depicted in Exhibit 47 (MPRP067363) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 166:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 48 (MPRP067351).

**Response:**

**Request for Admission No. 167:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 48 (MPRP067351).

**Response:**

**Request for Admission No. 168:** Admit that the area depicted in Exhibit 48 (MPRP067351) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 169:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 49 (MPRP067364).

**Response:**

**Request for Admission No. 170:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 49 (MPRP067364).

**Response:**

**Request for Admission No. 171:** Admit that the area depicted in Exhibit 49 (MPRP067364) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 172:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 50 (MPRP067356).

**Response:**

**Request for Admission No. 173:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 50 (MPRP067356).

**Response:**

**Request for Admission No. 174:** Admit that the area depicted in Exhibit 50 (MPRP067356) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 175:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 51 (MPRP067357).

**Response:**

**Request for Admission No. 176:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 51 (MPRP067357).

**Response:**

**Request for Admission No. 177:** Admit that the area depicted in Exhibit 51 (MPRP067357) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 178:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 52 (MPRP067359).

**Response:**

**Request for Admission No. 179:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 52 (MPRP067359).

**Response:**

**Request for Admission No. 180:** Admit that the area depicted in Exhibit 52 (MPRP067359) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 181:** Admit that movement of the grade beam at the Leased Premises contributed to changes in floor slope.

**Response:**

**Request for Admission No. 182:** Admit that slab movement at the Leased Premises contributed to changes in floor slope.

**Response:**

**Request for Admission No. 183:** Admit that movement of the grade beam at the Leased Premises contributed to changes in floor elevation.

**Response:**

**Request for Admission No. 184:** Admit that slab movement at the Leased Premises contributed to changes in floor elevation.

**Response:**

**Request for Admission No. 185:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 53 (MPRP067263).

**Response:**

**Request for Admission No. 186:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 53 (MPRP067263).

**Response:**

**Request for Admission No. 187:** Admit that the area depicted in Exhibit 53 (MPRP067263) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 188:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 54 (MPRP067318).

**Response:**

**Request for Admission No. 189:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 54 (MPRP067318).

**Response:**

**Request for Admission No. 190:** Admit that the area depicted in Exhibit 54 (MPRP067318) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 191:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 55 (MPRP067317).

**Response:**

**Request for Admission No. 192:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 55 (MPRP067317).

**Response:**

**Request for Admission No. 193:** Admit that the area depicted in Exhibit 55 (MPRP067317) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 194:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 56 (MPRP067233).

**Response:**

**Request for Admission No. 195:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 56 (MPRP067233).

**Response:**

**Request for Admission No. 196:** Admit that the area depicted in Exhibit 56 (MPRP067233) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 197:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 57 (MPRP067293).

**Response:**

**Request for Admission No. 198:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 57 (MPRP067293).

**Response:**

**Request for Admission No. 199:** Admit that the area depicted in Exhibit 57 (MPRP067293) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 200:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 58 (MPRP067246).

**Response:**

**Request for Admission No. 201:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 58 (MPRP067246).

**Response:**

**Request for Admission No. 202:** Admit that the area depicted in Exhibit 58 (MPRP067246) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 203:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 59 (MPRP067244).

**Response:**

**Request for Admission No. 204:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 59 (MPRP067244).

**Response:**

**Request for Admission No. 205:** Admit that the area depicted in Exhibit 59 (MPRP067244) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 206:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 60 (MPRP067245).

**Response:**

**Request for Admission No. 207:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 60 (MPRP067245).

**Response:**

**Request for Admission No. 208:** Admit that the area depicted in Exhibit 60 (MPRP067245) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 209:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 61 (MPRP067296).

**Response:**

**Request for Admission No. 210:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 61 (MPRP067296).

**Response:**

**Request for Admission No. 211:** Admit that the area depicted in Exhibit 61 (MPRP067296) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 212:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 62 (MPRP067295).

**Response:**

**Request for Admission No. 213:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 62 (MPRP067295).

**Response:**

**Request for Admission No. 214:** Admit that the area depicted in Exhibit 62 (MPRP067295) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 215:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 63 (MPRP067294).

**Response:**

**Request for Admission No. 216:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 63 (MPRP067294).

**Response:**

**Request for Admission No. 217:** Admit that the area depicted in Exhibit 63 (MPRP067294) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 218:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 64 (MPRP067260).

**Response:**

**Request for Admission No. 219:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 64 (MPRP067260).

**Response:**

**Request for Admission No. 220:** Admit that the area depicted in Exhibit 64 (MPRP067260) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 221:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 65 (MPRP067253).

**Response:**

**Request for Admission No. 222:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 65 (MPRP067253).

**Response:**

**Request for Admission No. 223:** Admit that the area depicted in Exhibit 65 (MPRP067253) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 224:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 66 (MPRP067254).

**Response:**

**Request for Admission No. 225:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 66 (MPRP067254).

**Response:**

**Request for Admission No. 226:** Admit that the area depicted in Exhibit 66 (MPRP067254) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 227:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 67 (MPRP067255).

**Response:**

**Request for Admission No. 228:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 67 (MPR067255).

**Response:**

**Request for Admission No. 229:** Admit that the area depicted in Exhibit 67 (MPRP067255) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 230:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 68 (MPRP067256).

**Response:**

**Request for Admission No. 231:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 68 (MPRP067256).

**Response:**

**Request for Admission No. 232:** Admit that the area depicted in Exhibit 68 (MPRP067256) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 233:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 69 (MPRP067264).

**Response:**

**Request for Admission No. 234:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 69 (MPRP067264).

**Response:**

**Request for Admission No. 235:** Admit that the area depicted in Exhibit 69 (MPRP067264) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 236:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 70 (MPRP067272).

**Response:**

**Request for Admission No. 237:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 70 (MPRP067272).

**Response:**

**Request for Admission No. 238:** Admit that the area depicted in Exhibit 70 (MPRP067272) was affected by shifting foundation at the Leased Premises.

**Response)**

**Request for Admission No. 239:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 71 (MPRP067327).

**Response:**

**Request for Admission No. 240:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 71 (MPRP067327).

**Response:**

**Request for Admission No. 241:** Admit that the area depicted in Exhibit 71 (MPRP067327) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 242:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 72 (MPRP067358).

**Response:**

**Request for Admission No. 243:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 72 (MPRP067358).

**Response:**

**Request for Admission No. 244:** Admit that the area depicted in Exhibit 72 (MPRP067358) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 245:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 73 (MPRP067324).

**Response:**

**Request for Admission No. 246:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 73 (MPRP067324).

**Response:**

**Request for Admission No. 247:** Admit that the area depicted in Exhibit 73 (MPRP067324) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 248:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 74 (MPRP067322).

**Response:**

**Request for Admission No. 249:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 74 (MPRP067322).

**Response:**

**Request for Admission No. 250:** Admit that the area depicted in Exhibit 74 (MPRP067322) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 251:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 75 (MPRP067326).

**Response:**

**Request for Admission No. 252:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 75 (MPRP067326).

**Response:**

**Request for Admission No. 253:** Admit that the area depicted in Exhibit 75 (MPRP067326) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 254:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 76 (MPRP067267).

**Response:**

**Request for Admission No. 255:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 76 (MPRP067267).

**Response:**

**Request for Admission No. 256:** Admit that the area depicted in Exhibit 76 (MPRP067267) was affected by shifting foundation at the Leased Premises.

**Request for Admission No. 257:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 77 (MPRP067268).

**Response:**

**Request for Admission No. 258:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 77 (MPRP067268).

**Response:**

**Request for Admission No. 259:** Admit that the area depicted in Exhibit 77 (MPRP067268) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 260:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 78 (MPRP067261).

**Response:**

**Request for Admission No. 261:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 78 (MPRP067261).

**Response:**

**Request for Admission No. 262:** Admit that the area depicted in Exhibit 78 (MPRP067261) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 263:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 79 (MPRP067378).

**Response:**

**Request for Admission No. 264:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 79 (MPRP067378).

**Response:**

**Request for Admission No. 265:** Admit that the area depicted in Exhibit 79 (MPRP067378) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 266:** Admit that movement of the grade beam at the Leased Premises contributed to floor cracks.

**Response:**

**Request for Admission No. 267:** Admit that slab movement at the Leased Premises contributed to floor cracks.

**Response:**

**Request for Admission No. 268:** Admit that movement of the grade beam at the Leased Premises contributed to damage to vinyl flooring.

**Response:**

**Request for Admission No. 269:** Admit that slab movement at the Leased Premises contributed to damage to vinyl flooring.

**Response:**

**Request for Admission No. 270:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 80 (MPRP067234).

**Response:**

**Request for Admission No. 271:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 80 (MPRP067234).

**Response:**

**Request for Admission No. 272:** Admit that the area depicted in Exhibit 80 (MPRP067234) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 273:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 81 (MPRP067247).

**Response:**

**Request for Admission No. 274:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 81 (MPRP067247).

**Response:**

**Request for Admission No. 275:** Admit that the area depicted in Exhibit 81 (MPRP067247) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 276:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 82 (MPRP067241).

**Response:**

**Request for Admission No. 277:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 82 (MPRP067241).

**Response:**

**Request for Admission No. 278:** Admit that the area depicted in Exhibit 82 (MPRP067241) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 279:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 83 (MPRP067340).

**Response:**

**Request for Admission No. 280:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 83 (MPRP067340).

**Response:**

**Request for Admission No. 281:** Admit that the area depicted in Exhibit 83 (MPRP067340) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 282:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 84 (MPRP067309).

**Response:**

**Request for Admission No. 283:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 84 (MPRP067309).

**Response:**

**Request for Admission No. 284:** Admit that the area depicted in Exhibit 84 (MPRP067309) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 285:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 85 (MPRP067382).

**Response:**

**Request for Admission No. 286:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 85 (MPRP067382).

**Response:**

**Request for Admission No. 287:** Admit that the area depicted in Exhibit 85 (MPRP067382) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 288:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 86 (MPRP067321).

**Response:**

**Request for Admission No. 289:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 86 (MPRP067321).

**Response:**

**Request for Admission No. 290:** Admit that the area depicted in Exhibit 86 (MPRP067321) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 291:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 87 (MPRP067315).

**Response:**

**Request for Admission No. 292:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 87 (MPRP067315).

**Response:**

**Request for Admission No. 293:** Admit that the area depicted in Exhibit 87 (MPRP067315) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 294:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 88 (MPRP067320).

**Response:**

**Request for Admission No. 295:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 88 (MPRP067320).

**Response:**

**Request for Admission No. 296:** Admit that the area depicted in Exhibit 88 (MPRP067320) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 297:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 89 (MPRP067332).

**Response:**

**Request for Admission No. 298:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 89 (MPRP067332).

**Response:**

**Request for Admission No. 299:** Admit that the area depicted in Exhibit 89 (MPRP067332) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 300:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 90 (MPRP067333).

**Response:**

**Request for Admission No. 301:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 90 (MPRP067333).

**Response:**

**Request for Admission No. 302:** Admit that the area depicted in Exhibit 90 (MPRP067333) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 303:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 91 (MPRP067334).

**Response:**

**Request for Admission No. 304:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 91 (MPRP067334).

**Response:**

**Request for Admission No. 305:** Admit that the area depicted in Exhibit 91 (MPRP067334) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 306:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 92 (MPRP067335).

**Response:**

**Request for Admission No. 307:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 92 (MPRP067335).

**Response:**

**Request for Admission No. 308:** Admit that the area depicted in Exhibit 92 (MPRP067335) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 309:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 93 (MPRP067371).

**Response:**

**Request for Admission No. 310:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 93 (MPRP067371).

**Response:**

**Request for Admission No. 311:** Admit that the area depicted in Exhibit 93 (MPRP067371) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 312:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 94 (MPRP067311).

**Response:**

**Request for Admission No. 313:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 94 MPRP067311).

**Response:**

**Request for Admission No. 314:** Admit that the area depicted in Exhibit 94 (MPRP067311) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 315:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 95 (MPRP067290).

**Response:**

**Request for Admission No. 316:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 95 (MPRP067290).

**Response:**

**Request for Admission No. 317:** Admit that the area depicted in Exhibit 95 (MPRP067290) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 318:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 96 (MPRP067291).

**Response:**

**Request for Admission No. 319:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 96 (MPRP067291).

**Response:**

**Request for Admission No. 320:** Admit that the area depicted in Exhibit 96 (MPRP067291) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 321:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 97 (MPRP067278).

**Response:**

**Request for Admission No. 322:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 97 (MPRP067278).

**Response:**

**Request for Admission No. 323:** Admit that the area depicted in Exhibit 97 (MPRP067278) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 324:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 98 (MPRP067279).

**Response:**

**Request for Admission No. 325:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 98 (MPRP067279).

**Response:**

**Request for Admission No. 326:** Admit that the area depicted in Exhibit 98 (MPRP067279) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 327:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 99 (MPRP067280).

**Response:**

**Request for Admission No. 328:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 99 (MPRP067280).

**Response:**

**Request for Admission No. 329:** Admit that the area depicted in Exhibit 99 (MPRP067280) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 330:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 100 (MPRP067300).

**Response:**

**Request for Admission No. 331:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 100 (MPRP067300).

**Response:**

**Request for Admission No. 332:** Admit that the area depicted in Exhibit 100 (MPRP067300) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 333:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 101 (MPRP067345).

**Response:**

**Request for Admission No. 334:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 101 (MPRP067345).

**Response:**

**Request for Admission No. 335:** Admit that the area depicted in Exhibit 101 (MPRP067345) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 336:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 102 (MPRP067338).

**Response:**

**Request for Admission No. 337:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 102 (MPRP067338).

**Response:**

**Request for Admission No. 338:** Admit that the area depicted in Exhibit 102 (MPRP067338) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 339:** Admit that movement of the grade beam at the Leased Premises contributed to roof leaks.

**Response:**

**Request for Admission No. 340:** Admit that slab movement at the Lease Premises contributed to roof leaks.

**Response:**

**Request for Admission No. 341:** Admit that movement of the grade beam at the Leased Premises contributed to water leaks.

**Response:**

**Request for Admission No. 342:** Admit that slab movement at the Leased Premises contributed to water leaks.

**Response:**

**Request for Admission No. 343:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 103 (MPRP067262).

**Response:**

**Request for Admission No. 344:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 103 (MPRP067262).

**Response:**

**Request for Admission No. 345:** Admit that the area depicted in Exhibit 103 (MPRP067262) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 346:** Admit that movement of the grade beam at the Leased Premises contributed to plumbing leaks.

**Response:**

**Request for Admission No. 347:** Admit that slab movement at the Leased Premises contributed to plumbing leaks.

**Response:**

**Request for Admission No. 348:** Admit that movement of the grade beam at the Leased Premises contributed to plumbing clogs.

**Response:**

**Request for Admission No. 349:** Admit that slab movement at the Leased Premises contributed to plumbing clogs.

**Response:**

**Request for Admission No. 350:** Admit that movement of the grade beam at the Leased Premises contributed to sewer odors.

---

**Response:**

**Request for Admission No. 351:** Admit that slab movement at the Leased Premises contributed to sewer odors.

**Response:**

**Request for Admission No. 352:** Admit that movement of the grade beam at the Leased Premises contributed to backed up plumbing lines.

**Response:**

**Request for Admission No. 353:** Admit that slab movement at the Leased Premises contributed to backed up plumbing lines.

**Response:**

**Request for Admission No. 354:** Admit that movement of the grade beam at the Leased Premises contributed to drain line failures.

**Response:**

**Request for Admission No. 355:** Admit that slab movement at the Leased Premises contributed to drain line failures.

**Response:**

**Request for Admission No. 356:** Admit that movement of the grade beam at the Leased Premises contributed to drain overflows.

**Response:**

**Request for Admission No. 357:** Admit that slab movement at the Leased Premises contributed to drain overflows.

**Response:**

**Request for Admission No. 358:** Admit that movement of the grade beam at the Leased Premises contributed to vent pipe leaks.

**Response:**

**Request for Admission No. 359:** Admit that slab movement at the Leased Premises contributed to vent pipe leaks.

**Response:**

**Request for Admission No. 360:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 104 (MPRP067360).

**Response:**

**Request for Admission No. 361:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 104 (MPRP067360).

**Response:**

**Request for Admission No. 362:** Admit that the area depicted in Exhibit 104 (MPRP067360) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 363:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 105 (MPRP067361).

**Response:**

**Request for Admission No. 364:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 105 (MPRP067361).

**Response:**

**Request for Admission No. 365:** Admit that the area depicted in Exhibit 105 (MPRP067361) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 366:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 106 (MPRP067362).

**Response:**

**Request for Admission No. 367:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 106 (MPRP067362).

**Response:**

**Request for Admission No. 368:** Admit that the area depicted in Exhibit 106 (MPRP067362) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 369:** Admit that movement of the grade beam at the Leased Premises contributed to gas leaks.

**Response:**

**Request for Admission No. 370:** Admit that slab movement at the Leased Premises contributed to gas leaks.

**Response:**

**Request for Admission No. 371:** Admit that movement of the grade beam at the Leased Premises contributed to leaks in HVAC lines.

**Response:**

**Request for Admission No. 372:** Admit that slab movement at the Leased Premises contributed to leaks in HVAC lines.

**Response:**

**Request for Admission No. 373:** Admit that movement of the grade beam at the Leased Premises contributed to falling HVAC ducts and vents.

**Response:**

**Request for Admission No. 374:** Admit that slab movement at the Leased Premises contributed to falling HVAC ducts and vents.

**Response:**

**Request for Admission No. 375:** Admit that movement of the grade beam at the Leased Premises contributed to mice infestation.

**Response:**

**Request for Admission No. 376:** Admit that slab movement at the Leased Premises contributed to mice infestation.

**Response:**

**Request for Admission No. 377:** Admit that movement of the grade beam at the Leased Premises contributed to ant infestation.

**Response:**

**Request for Admission No. 378:** Admit that slab movement at the Leased Premises contributed to ant infestation.

**Response:**

**Request for Admission No. 379:** Admit that movement of the grade beam at the Leased Premises contributed to pest infestation.

**Response:**

**Request for Admission No. 380:** Admit that slab movement at the Leased Premises contributed to pest infestation.

**Response:**

**Request for Admission No. 381:** Admit that movement of the grade beam at the Leased Premises contributed to pulled electrical wires.

**Response:**

**Request for Admission No. 382:** Admit that slab movement at the Leased Premises contributed to pulled electrical wires.

**Response:**

**Request for Admission No. 383:** Admit that movement of the grade beam at the Leased Premises contributed to shifting electrical panels.

**Response:**

**Request for Admission No. 384:** Admit that slab movement at the Leased Premises contributed to shifting electrical panels.

**Response:**

**Request for Admission No. 385:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 107 (MPRP067243).

**Response:**

**Request for Admission No. 386:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 107 (MPRP067243).

**Response:**

**Request for Admission No. 387:** Admit that the area depicted in Exhibit 107 (MPRP067243) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 388:** Admit that slab movement at the Leased Premises contributed to changes in parking lot elevation.

**Response:**

**Request for Admission No. 389:** Admit that slab movement at the Leased Premises contributed to changes in parking lot slope.

**Response:**

**Request for Admission No. 390:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 108 (MPRP067352).

**Response:**

**Request for Admission No. 391:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 108 (MPRP067352).

**Response:**

**Request for Admission No. 392:** Admit that the area depicted in Exhibit 108 (MPRP067352) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 393:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 109 (MPRP067350).

**Response:**

**Request for Admission No. 394:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 109 (MPRP067350).

**Response:**

**Request for Admission No. 395:** Admit that the area depicted in Exhibit 109 (MPRP067350) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 396:** Admit that movement of the grade beam at the Leased Premises contributed to interior wall cracks.

**Response:**

**Request for Admission No. 397:** Admit that slab movement at the Leased Premises contributed to interior wall cracks.

**Response:**

**Request for Admission No. 398:** Admit that movement of the grade beam at the Leased Premises contributed to interior wall movement.

**Response:**

**Request for Admission No. 399:** Admit that slab movement at the Leased Premises contributed to interior wall movement.

**Response:**

**Request for Admission No. 400:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 110 (MPRP067273).

**Response:**

**Request for Admission No. 401:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 110 (MPRP067273).

**Response:**

**Request for Admission No. 402:** Admit that the area depicted in Exhibit 110 (MPRP067273) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 403:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 111 (MPRP067227).

**Response:**

**Request for Admission No. 404:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 111 (MPRP067227).

**Response:**

**Request for Admission No. 405:** Admit that the area depicted in Exhibit 111 (MPRP067227) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 406:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 112 (MPRP067228).

**Response:**

**Request for Admission No. 407:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 112 (MPRP067228).

**Response:**

**Request for Admission No. 408:** Admit that the area depicted in Exhibit 112 (MPRP067228) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 409:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 113 (MPRP067341).

**Response:**

**Request for Admission No. 410:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 113 (MPRP067341).

**Response:**

**Request for Admission No. 411:** Admit that the area depicted in Exhibit 113 (MPRP067341) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 412:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 114 (MPRP067319).

**Response:**

**Request for Admission No. 413:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 114 (MPRP067319).

**Response:**

**Request for Admission No. 414:** Admit that the area depicted in Exhibit 114 (MPRP067319) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 415:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 115 (MPRP067276).

**Response:**

**Request for Admission No. 416:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 115 (MPRP067276).

**Response:**

**Request for Admission No. 417:** Admit that the area depicted in Exhibit 115 (MPRP067276) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 418:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 116 (MPRP067310).

**Response:**

**Request for Admission No. 419:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 116 (MPRP067310).

**Response:**

**Request for Admission No. 420:** Admit that the area depicted in Exhibit 116 (MPRP067310) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 421:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 117 (MPRP067331).

**Response:**

**Request for Admission No. 422:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 117 (MPRP067331).

**Response:**

**Request for Admission No. 423:** Admit that the area depicted in Exhibit 117 (MPRP067331) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 424:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 118 (MPRP067258).

**Response:**

**Request for Admission No. 425:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 118 (MPRP067258).

**Response:**

**Request for Admission No. 426:** Admit that the area depicted in Exhibit 118 (MPRP067258) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 427:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 119 (MPRP067239).

---

**Response:**

**Request for Admission No. 428:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 119 (MPRP067239).

**Response:**

**Request for Admission No. 429:** Admit that the area depicted in Exhibit 119 (MPRP067239) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 430:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 120 (MPRP067221).

**Response:**

**Request for Admission No. 431:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 120 (MPRP067221).

**Response:**

**Request for Admission No. 432:** Admit that the area depicted in Exhibit 120 (MPRP067221) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 433:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 121 (MPRP067220).

**Response:**

**Request for Admission No. 434:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 121 (MPRP067220).

**Response:**

**Request for Admission No. 435:** Admit that the area depicted in Exhibit 121 (MPRP067220) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 436:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 122 (MPRP067376).

**Response:**

**Request for Admission No. 437:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 122 (MPRP067376).

**Response:**

**Request for Admission No. 438:** Admit that the area depicted in Exhibit 122 (MPRP067376) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 439:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 123 (MPRP067380).

**Response:**

**Request for Admission No. 440:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 123 (MPRP067380).

**Response:**

**Request for Admission No. 441:** Admit that the area depicted in Exhibit 123 (MPRP067380) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 442:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 124 (MPRP067259).

**Response:**

**Request for Admission No. 443:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 124 (MPRP067259).

**Response:**

**Request for Admission No. 444:** Admit that the area depicted in Exhibit 124 (MPRP067259) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 445:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 125 (MPRP067257).

**Response:**

**Request for Admission No. 446:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 125 (MPRP067257).

**Response:**

**Request for Admission No. 447:** Admit that the area depicted in Exhibit 125 (MPRP067257) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 448:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 126 (MPRP067306).

**Response:**

**Request for Admission No. 449:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 126 (MPRP067306).

**Response:**

**Request for Admission No. 450:** Admit that the area depicted in Exhibit 126 (MPRP067306) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 451:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 127 (MPRP067274).

**Response:**

**Request for Admission No. 452:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 127 (MPRP067274).

**Response:**

**Request for Admission No. 453:** Admit that the area depicted in Exhibit 127 (MPRP067274) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 454:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 128 (MPRP067369).

**Response:**

**Request for Admission No. 455:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 128 (MPRP067369).

**Response:**

**Request for Admission No. 456:** Admit that the area depicted in Exhibit 128 (MPRP067369) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 457:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 129 (MPRP067314).

**Response:**

**Request for Admission No. 458:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 129 (MPRP067314).

**Response:**

**Request for Admission No. 459:** Admit that the area depicted in Exhibit 129 (MPRP067314) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 460:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 130 (MPRP067313).

**Response:**

**Request for Admission No. 461:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 130 (MPRP067313).

**Response:**

**Request for Admission No. 462:** Admit that the area depicted in Exhibit 130 (MPRP067313) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 463:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 131 (MPRP067323).

**Response:**

**Request for Admission No. 464:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 131 (MPRP067323).

**Response:**

**Request for Admission No. 465:** Admit that the area depicted in Exhibit 131 (MPRP067323) was affected by shifting foundation at the Leased Premises.

**Request for Admission No. 466:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 132 (MPRP067230).

**Response:**

**Request for Admission No. 467:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 132 (MPRP067230).

**Response:**

**Request for Admission No. 468:** Admit that the area depicted in Exhibit 132 (MPRP067230) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 469:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 133 (MPRP067287).

**Response:**

**Request for Admission No. 470:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 133 (MPRP067287).

**Response:**

**Request for Admission No. 471:** Admit that the area depicted in Exhibit 133 (MPRP067287) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 472:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 134 (MPRP067285).

**Response:**

**Request for Admission No. 473:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 134 (MPRP067285).

**Response:**

**Request for Admission No. 474:** Admit that the area depicted in Exhibit 134 (MPRP067285) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 475:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 135 (MPRP067286).

**Response:**

**Request for Admission No. 476:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 135 (MPRP067286).

**Response:**

**Request for Admission No. 477:** Admit that the area depicted in Exhibit 135 (MPRP067286) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 478:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 136 (MPRP067269).

**Response:**

**Request for Admission No. 479:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 136 (MPRP067269).

**Response:**

**Request for Admission No. 480:** Admit that the area depicted in Exhibit 136 (MPRP067269) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 481:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 137 (MPRP067270).

**Response:**

**Request for Admission No. 482:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 137 (MPRP067270).

**Response:**

**Request for Admission No. 483:** Admit that the area depicted in Exhibit 137 (MPRP067270) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 484:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 138 (MPRP067283).

**Response:**

**Request for Admission No. 485:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 138 (MPRP067283).

**Response:**

**Request for Admission No. 486:** Admit that the area depicted in Exhibit 138 (MPRP067283) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 487:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 139 (MPRP067284).

**Response:**

**Request for Admission No. 488:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 139 (MPRP067284).

**Response:**

**Request for Admission No. 489:** Admit that the area depicted in Exhibit 139 (MPRP067284) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 490:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 140 (MPRP067303).

**Response:**

**Request for Admission No. 491:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 140 (MPRP067303).

**Response:**

**Request for Admission No. 492:** Admit that the area depicted in Exhibit 140 (MPRP067303) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 493:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 141 (MPRP067379).

**Response:**

**Request for Admission No. 494:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 141 (MPRP067379).

**Response:**

**Request for Admission No. 495:** Admit that the area depicted in Exhibit 141 (MPRP067379) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 496:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 142 (MPRP067374).

**Response:**

**Request for Admission No. 497:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 142 (MPRP067374).

**Response:**

**Request for Admission No. 498:** Admit that the area depicted in Exhibit 142 (MPRP067374) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 499:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 143 (MPRP067375).

**Response:**

**Request for Admission No. 500:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 143 (MPRP067375).

**Response:**

**Request for Admission No. 501:** Admit that the area depicted in Exhibit 143 (MPRP067375) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 502:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 144 (MPRP067222).

**Response:**

**Request for Admission No. 503:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 144 (MPRP067222).

**Response:**

**Request for Admission No. 504:** Admit that the area depicted in Exhibit 144 (MPRP067222) was affected by shifting foundation at the Leased Premises.

**Response:**
**Request for Admission No. 505:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 145 (MPRP067223).

**Response:**

**Request for Admission No. 506:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 145 (MPRP067223).

**Response:**

**Request for Admission No. 507:** Admit that the area depicted in Exhibit 145 (MPRP067223) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 508:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 146 (MPRP067224).

**Response:**

**Request for Admission No. 509:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 146 (MPRP067224).

**Response:**

**Request for Admission No. 510:** Admit that the area depicted in Exhibit 146 (MPRP067224) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 511:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 147 (MPRP067249).

**Response:**

**Request for Admission No. 512:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 147 (MPRP067249).

**Response:**

**Request for Admission No. 513:** Admit that the area depicted in Exhibit 147 (MPRP067249) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 514:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 148 (MPRP067242).

**Response:**

**Request for Admission No. 515:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 148 (MPRP067242).

**Response:**

**Request for Admission No. 516:** Admit that the area depicted in Exhibit 148 (MPRP067242) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 517:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 149 (MPRP067381).

**Response:**

**Request for Admission No. 518:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 149 (MPRP067381).

**Response:**

**Request for Admission No. 519:** Admit that the area depicted in Exhibit 149 (MPRP067381) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 520:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 150 (MPRP067271).

**Response:**

**Request for Admission No. 521:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 150 (MPRP067271).

**Response:**

**Request for Admission No. 522:** Admit that the area depicted in Exhibit 150 (MPRP067271) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 523:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 151 (MPRP067301).

**Response:**

**Request for Admission No. 524:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 151 (MPRP067301).

**Response:**

**Request for Admission No. 525:** Admit that the area depicted in Exhibit 151 (MPRP067301) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 526:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 152 (MPRP067289).

**Response:**

**Request for Admission No. 527:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 152 (MPRP067289).

**Response:**

**Request for Admission No. 528:** Admit that the area depicted in Exhibit 152 (MPRP067289) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 529:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 153 (MPRP067248).

**Response:**

**Request for Admission No. 530:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 153 (MPRP067248).

**Response:**

**Request for Admission No. 531:** Admit that the area depicted in Exhibit 153 (MPRP067248) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 532:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 154 (MPRP067281).

**Response:**

**Request for Admission No. 533:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 154 (MPRP067281).

**Response:**

**Request for Admission No. 534:** Admit that the area depicted in Exhibit 154 (MPRP067281) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 535:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 155 (MPRP067282).

**Response:**

**Request for Admission No. 536:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 155 (MPRP067282).

**Response:**

**Request for Admission No. 537:** Admit that the area depicted in Exhibit 155 (MPRP067282) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 538:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 156 (MPRP067235).

**Response:**

**Request for Admission No. 539:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 156 (MPRP067235).

**Response:**

**Request for Admission No. 540:** Admit that the area depicted in Exhibit 156 (MPRP067235) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 541:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 157 (MPRP067383).

**Response:**

**Request for Admission No. 542:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 157 (MPRP067383).

**Response:**

**Request for Admission No. 543:** Admit that the area depicted in Exhibit 157 (MPRP067383) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 544:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 158 (MPRP067250).

**Response:**

**Request for Admission No. 545:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 158 (MPRP067250).

**Response:**

**Request for Admission No. 546:** Admit that the area depicted in Exhibit 158 (MPRP067250) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 547:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 159 (MPRP067251).

**Response:**

**Request for Admission No. 548:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 159 (MPRP067251).

**Response:**

**Request for Admission No. 549:** Admit that the area depicted in Exhibit 159 (MPRP067251) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 550:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 160 (MPRP067316).

**Response:**

**Request for Admission No. 551:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 160 (MPRP067316).

**Response:**

**Request for Admission No. 552:** Admit that the area depicted in Exhibit 160 (MPRP067316) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 553:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 161 (MPRP067312).

**Response:**

**Request for Admission No. 554:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 161 (MPRP067312).

**Response:**

**Request for Admission No. 555:**Admit that the area depicted in Exhibit 161 (MPRP067312) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 556:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 162 (MPRP067342).

**Response:**

**Request for Admission No. 557:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 162 (MPRP067342).

**Response:**

**Request for Admission No. 558:** Admit that the area depicted in Exhibit 162 (MPRP067342) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 559:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 163 (MPRP067305).

**Response:**

**Request for Admission No. 560:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 163 (MPRP067305).

**Response:**

**Request for Admission No. 561:** Admit that the area depicted in Exhibit 163 (MPRP067305) was affected by shifting foundation at the Leased Premises.

**Response:**

**Request for Admission No. 562:** Admit that movement of the grade beam at the Leased Premises contributed to the condition depicted in Exhibit 164 (MPRP067297).

**Response:**

**Request for Admission No. 563:** Admit that slab movement at the Leased Premises contributed to the condition depicted in Exhibit 164 (MPRP067297).

**Response:**

**Request for Admission No. 564:** Admit that the area depicted in Exhibit 164 (MPRP067297) was affected by shifting foundation at the Leased Premises.

**Response:**

Respectfully submitted,

CHRISTOPHER R. WARD
State Bar No. 24008233
christopher.ward@strasburger.com
RYAN B. DELAUNE
State Bar No. 24074126
ryan.delaune@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794
Telephone:    (214) 651-2115
Facsimile:    (214) 659-4195

ATTORNEYS FOR PLAINTIFF
MCKINNEY/PEARL RESTAURANT
PARTNERS, L.P.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to all counsel listed below on this the 20th day of November, 2015, *via* hand delivery:

Joel W. Reese
Tyler Bexley
Reese Gordon Marketos, LLP
750 North Saint Paul Street
Suite 610
Dallas, TX 75201-3202
joel.reese@rgmfirm.com
tyler.bexley@rgmfirm.com

*Attorneys for MetLife and CBRE*

Ryan B. DeLaune

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Carpet 1 - Ceiling crack and separation over Table 16/17**



Page 109 of 164

**EXHIBIT 1**

EX. 4

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

### Carpet 2 - Cracks in ceiling above Table 8



Page 117 of 164

**EXHIBIT 2**

MPRP067336
126

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Courtyard - Crack in interior ceiling at double glass doors and vent separating from ceiling**



Page 125 of 164

**EXHIBIT 3**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

<u>**Dens - Ceiling cracks (representative photo)**</u>



Page 73 of 164

**EXHIBIT 4**

MPRP067292
128

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Women's room - Cracks in ceiling (representative photo)**



Page 106 of 164

**EXHIBIT 5**

MPRP067325

129

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Bar side exit to host stand - Cracks on black ceiling**



Page 79 of 164

**EXHIBIT 6**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Bar side exit to host stand - Cracks on lower ceiling**



Page 80 of 164

**EXHIBIT 7**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

### Host Stand - Cracks in the ceiling and light fixtures dropping



Page 83 of 164

**EXHIBIT 8**

MPRP067302

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Wine Room - Ceiling cracks**



Page 58 of 164

**EXHIBIT 9**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

<u>**Wine Room - Cracks in ceiling**</u>



Page 56 of 164

**EXHIBIT 10**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Bar - Ceiling Cracks**



Page 46 of 164

**EXHIBIT 11**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Carpet 1 - Ceiling cracking over Table 1**



EXHIBIT 12

MPRP067329

136

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Carpet 1 - Corner cracking in seam over Table 1**



Page 111 of 164

**EXHIBIT 13**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Hallway in back of house by offices - Ceiling tiles and lights dropping**
*(previously repaired)*



Page 21 of 164

**EXHIBIT 14**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Bar - Sprinkler rings and lights dropping and shifting**
*(Previously repaired)*



Page 47 of 164

**EXHIBIT 15**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Carpet 2  - Shifting of vents and sprinkler rings**
*(Previously repaired)*



Page 118 of 164

**EXHIBIT 16**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Marketing Office - Light fixture cover & ceiling tiles broken**
*(Previously repaired)*



Page 158 of 164

**EXHIBIT 17**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**The Dens - Ceiling AC vents and Sprinkler head caps falling**
*(Previously repaired)*



Page 69 of 164

**EXHIBIT 18**

MPRP067288

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

### Host Stand - Ceiling sprinkler heads shifting
*(Previously repaired)*



Page 85 of 164

**EXHIBIT 19**

MPRP067304

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Kitchen - Ceiling tiles and light covers buckled and broken**
*(previously repaired)*



Page 12 of 164

**EXHIBIT 20**

MPRP067231
144

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Kitchen - Ceiling vents dropping**
*(previously repaired)*



Page 13 of 164

**EXHIBIT 21**

MPRP067232
145

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Kitchen office - Ceiling issues**
*(Previously repaired)*



Page 154 of 164

**EXHIBIT 22**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Liquor room (interior view) - Sprinkler head rings will not stay in place (fire inspection issue)**



Page 10 of 164

EXHIBIT 23

MPRP067229
147

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Catering Office - Ceiling tiles and light fixture covers twisting and buckling**
*(Previously repaired)*



Page 151 of 164

**EXHIBIT 24**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Locker area and exit to stage front - Door not level in frame**



Page 33 of 164

**EXHIBIT 25**

MPRP067252

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

### Catering office - Door frame shifting
*(Previously repaired)*



Page 153 of 164

**EXHIBIT 26**

MPRP067372

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Courtyard - Single door entry not level and scrapes when opened**
*(Previously repaired)*



Page 124 of 164

**EXHIBIT 27**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Courtyard - Cracks in glass door from stage front**
*(Previously repaired)*



Page 120 of 164

EXHIBIT 28

MPRP067339

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Employee Bathroom - Door not level in frame**
*(previously repaired)*



Page 17 of 164

**EXHIBIT 29**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Employee bathroom - Door frame twisted**



Page 18 of 164

**EXHIBIT 30**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Employee bathroom - Door frame twisted**



Page 19 of 164

**EXHIBIT 31**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

### Liquor Room - Door not level in frame
(previously repaired)



Page 6 of 164

**EXHIBIT 32**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Liquor Room - Door not level in frame**
*(previously repaired)*



Page 7 of 164

**EXHIBIT 33**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Main entrance  - Gaps on top bottom and side interior door frame (representative photo)**



Page 89 of 164

**EXHIBIT 34**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Main entry - Exterior door frame moved**
*(Previously repaired)*



Page 88 of 164

**EXHIBIT 35**

McKinney Pearl Restaurant Partners, LP
Building Issues
July 7, 2015

**Front Entry (exterior) - Southwest corner of building cracks**



Page 129 of 164

**EXHIBIT 36**